

**RECEIVED**

DEC - 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



SERAJUL HAQUE

Plaintiff

vs.

ERNST AND YOUNG, LLP
KPMG, LLP

Defendant(s).

CASE NO. **CV 11 80 294 MISC**

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:

   Address  1001 SOUTH MAIN STREET, APT D-122 (montevista apartment complex)

   City, State & Zip Code  MILPITAS, CALIFORNIA 95035

   Phone  408-824-5088

2. Defendant is located at:

   Address  303 ALMADEN BOULEVARD

   City, State & Zip Code  SAN JOSE, CA 95110

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. ✓ Failure to employ me.

   b. ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                  - 1 -

1.     c. ✓ Failure to promote me.
2.     d. ✓ Other acts as specified below.

PLAINTIFF-SERAJUL HAQUE IS/WAS/WILL BE EMPLOYEE OF ERNST ANG YOUNG FROM 1991 THROUGH ERNST AND YOUNG BANGLADESH REPRESENTATIVES-S.F AHMED AND COMPANY (CHARTERED ACCOUNTANTS) AND BASED ON THE RELATIONS-PLAINTIFF REPORTED FOR DUTY IN SAN JOSE OFFICE-CA-USA AND FROM 1998-2011 NOT PROPERLY RESPONDED AND MOREOVER, NOW IN VIEW TIME WASTED/EXPIRED PUNITIVE DAMAGE/TORT actions blacklisting/boycott-CONTRACT violations and joined in family problems  C456815 scc csc hall of jutice

5. Defendant's conduct is discriminatory with respect to the following:
    a. ✓ My race or color.
    b. ✓ My religion.
    c. ✓ My sex.
    d. ✓ My national origin.
    e. ✓ Other as specified below.
      retaliations,age discriminations -breach of contract terms-decline to review personal file with E&Y

6. The basic facts surrounding my claim of discrimination are:

VIDE USDC NDC SFD CASE NO 3:2003-CV-05257 MHP AND HAQUE-VS- KPMG CASE NO 3:2004-CV-02700 MHP COURT DISPOSED UP SAYING THAT-PLAITIFF SERAJUL HAQUE HAS NOT INCLUDED IN COMPLAINT-WHAT POSITIONS APPLIED AND COMPANY DENIED. THE TRUTH IS THAT-SERAJUL HAQUE IN VIEW RELATIONS IN BANGLADESH-NO FRESH/NEW APPLICATIONS REQUIRED-IT IS A TRUTH/FACT PLAITIFF APPLIED FOR POSITION-STAFF A.C THE PRACTICE/CUSTOM IN THIS ACCOUNTANCY PROFESSION-SENIOR FORMER staff/employee JUST REPORT FOR DUTY IS ENOUGH-if rule/law is used against this idea/concept IT MEANS RELATIONS BETWEEN THE PARTIES ARE IN PROBLEMS- court must know what and why problems ?

7. The alleged discrimination occurred on or about  1990-2011  .
                                                        (DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                   - 2 -

| | |
|---|---|
| 1 | discriminatory conduct on or about <u>vide the case records file</u>. |
| 2 | (DATE) |
| 3 | 9.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter |
| 4 | (copy attached), which was received by me on or about <u>vide court records file</u>. |
| 5 | (DATE) |
| 6 | 10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted: |
| 7 | Yes ✓    No ____ |
| 8 | 11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, |
| 9 | including injunctive orders, damages, costs, and attorney fees. |
| 10 | |
| 11 | DATED: 11-20-2011                    /s/ Serajul Haque |
| 12 | SIGNATURE OF PLAINTIFF |
| 13 | |
| 14 | *(PLEASE NOTE: NOTARIZATION*        SERAJUL HAQUE |
| 15 | *IS NOT REQUIRED.)*                  PLAINTIFF'S NAME |
| 16 | (Printed or Typed) |

Form-Intake 2 (Rev. 4/05)                     - 3 -